DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-206-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| DELMAR LAGRIMAS, | ) | DATE: June 26, 2009 |
| LEOBARDO OLAZABAL CARRANZA, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, June 26, 2009 be continued to Friday, August 14, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2    stipulation, June 23, 2009, through and including the date of the new
3    status conference hearing, August 14, 2009, shall be excluded from
4    computation of time within which the trial of this matter must be
5    commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6    (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7    prepare].

8

9    DATED: June 18, 2009            Respectfully submitted,
                                     DANIEL J. BRODERICK
10                                   Federal Defender

11                                   /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   DELMAR LAGRIMAS

14                                   /s/ Benjamin Galloway for
                                     GILBERT A. ROQUE
15                                   Attorney for Defendant
                                     LEOBARDO OLAZABAL CARRANZA

16

17

18   DATED: June 18, 2009            LAWRENCE G. BROWN
                                     Acting United States Attorney
19
                                     /s/ Benjamin Galloway for
20                                   MARY GRAD
                                     Assistant U.S. Attorney
21                                   Attorney for Plaintiff

22

23

24

25

26

27

28

**2**

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 14, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  June 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3