DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br> DELMAR LAGRIMAS,            )<br> LEOBARDO OLAZABAL CARRANZA, )<br>                            )<br>            Defendants.     )<br> _____  ) | Cr.S. 09-206-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: August 14, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, August 14, 2009 be continued to Friday, September 11, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this
2 stipulation, August 10, 2009, through and including the date of the new
3 status conference hearing, September 11, 2009, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(A)(B)(iv)and Local Code T4 [reasonable time for defense counsel
7 to prepare].

9  DATED: August 10, 2009         Respectfully submitted,
                                   DANIEL J. BRODERICK
10                                 Federal Defender

11                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
12                                 Assistant Federal Defender
                                   Attorney for Defendant
13                                 DELMAR LAGRIMAS

14                                 /s/ Benjamin Galloway for
                                   GILBERT A. ROQUE
15                                 Attorney for Defendant
                                   LEOBARDO OLAZABAL CARRANZA

18  DATED: August 10, 2009         LAWRENCE G. BROWN
                                   United States Attorney
19
                                   /s/ Benjamin Galloway for
20                                 MARY GRAD
                                   Assistant U.S. Attorney
21                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 11, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  August 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge