```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-206-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 9, 2009 |
| DELMAR LAGRIMAS, ) | TIME: 9:00 a.m. |
| LEOBARDO OLAZABAL CARRANZA, ) | JUDGE: Hon. Garland E. Burrell Jr. |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, September 11, 2009 be continued to Friday, October 9, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation and order, through and including the date of the new status conference hearing, October 9, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 3, 2009    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DELMAR LAGRIMAS

/s/ Benjamin Galloway for
GILBERT A. ROQUE
Attorney for Defendant
LEOBARDO OLAZABAL CARRANZA

DATED: September 3, 2009    LAWRENCE G. BROWN
United States Attorney

/s/ Benjamin Galloway for
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  September 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge