```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-206-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: November 6 2009 |
| DELMAR LAGRIMAS, ) | TIME: 9:00 a.m. |
| LEOBARDO OLAZABAL CARRANZA, ) | JUDGE: Hon. Garland E. Burrell Jr. |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, October 9, 2009, be continued to Friday, November 6, 2009, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1  It is further stipulated that the time period from the date of this
2  stipulation and order, through and including the date of the new status
3  conference hearing, November 6 2009, shall be excluded from computation
4  of time within which the trial of this matter must be commenced under
5  the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)(B)(iv)and
6  Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 6, 2009         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               DELMAR LAGRIMAS

                               /s/ Benjamin Galloway for
                               GILBERT A. ROQUE
                               Attorney for Defendant
                               LEOBARDO OLAZABAL CARRANZA


DATED: October 6, 2009         LAWRENCE G. BROWN
                               United States Attorney

                               /s/ Benjamin Galloway for
                               DANIEL MCCONKIE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 6, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  October 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge