```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>DELMAR LAGRIMAS,<br>LEOBARDO OLAZABAL CARRANZA,<br>        Defendants.<br>_____ | Cr.S. 09-206-GEB<br>**STIPULATION AND ORDER**<br>DATE: November 6 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, November 6, 2009, be continued to Friday, December 11, 2009, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this
2 stipulation and order, through and including the date of the new status
3 conference hearing, December 11, 2009, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(A)(B)(iv)and Local Code T4 [reasonable time for defense counsel
7 to prepare].

9 DATED: November 4, 2009         Respectfully submitted,
10                                 DANIEL J. BRODERICK
                                   Federal Defender

12                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
13                                 Attorney for Defendant
                                   DELMAR LAGRIMAS

15                                 /s/ Benjamin Galloway for
                                   GILBERT A. ROQUE
                                   Attorney for Defendant
16                                 LEOBARDO OLAZABAL CARRANZA

18
19  DATED: November 4, 2009        LAWRENCE G. BROWN
                                   United States Attorney

20                                 /s/ Benjamin Galloway for
                                   DANIEL MCCONKIE
21                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 11, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge