```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-206-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 29, 2010 |
| DELMAR LAGRIMAS, ) | TIME: 9:00 a.m. |
| LEOBARDO OLAZABAL CARRANZA, ) | JUDGE: Hon. Garland E. Burrell Jr. |
| ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, December 11, 2009, be continued to Friday, January 29, 2010 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1     It is further stipulated that the time period from the date of this
2 stipulation, December 9, 2009, through and including the date of the
3 new status conference hearing, January 29, 2010, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

9 DATED: December 9, 2009    Respectfully submitted,
10     DANIEL J. BRODERICK
    Federal Defender

    /s/ Benjamin Galloway
12     BENJAMIN GALLOWAY
    Assistant Federal Defender
13     Attorney for Defendant
    DELMAR LAGRIMAS

    /s/ Benjamin Galloway for
15     GILBERT A. ROQUE
    Attorney for Defendant
16     LEOBARDO OLAZABAL CARRANZA

18
19 DATED: December 9, 2009    BEN WAGNER
    United States Attorney

20     /s/ Benjamin Galloway for
    MARY GRAD
21     Assistant U.S. Attorney
    Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 29, 2010 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge