DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>           Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> DELMAR LAGRIMAS,             )<br> LEOBARDO OLAZABAL CARRANZA,  )<br>                              )<br>           Defendants.        )<br>                              )<br>_____ | Cr.S. 09-206-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 2, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, February 19, 2010, be continued to Friday, April 2, 2010, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1  It is further stipulated that the time period from the date of this
2  stipulation, February 17, 2010, through and including the date of the
3  new status conference hearing, April 2, 2010, shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7  prepare].

DATED: February 17, 2010     Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             DELMAR LAGRIMAS

                             /s/ Benjamin Galloway for
                             GILBERT A. ROQUE
                             Attorney for Defendant
                             LEOBARDO OLAZABAL CARRANZA


DATED: February 17, 2010     BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             DANIEL McCONKIE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 2, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  February 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge