DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-206-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| DELMAR LAGRIMAS, ) | DATE: May 21, 2010 |
| LEOBARDO OLAZABAL CARRANZA, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell Jr. |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, April 2, 2010, be continued to Friday, May 21, 2010, at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

It is further stipulated that the time period from the date of this stipulation, April 2, 2010, through and including the date of the new status conference hearing, May 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 23, 2010   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DELMAR LAGRIMAS

/s/ Benjamin Galloway for
GILBERT A. ROQUE
Attorney for Defendant
LEOBARDO OLAZABAL CARRANZA

DATED: March 23, 2010   BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 21, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 31, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge