```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DELMAR LAGRIMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Cr.S. 09-206-GEB |
| Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) ) | |
| DELMAR LAGRIMAS, ) LEOBARDO OLAZABAL CARRANZA, ) ) | DATE: June 18, 2010 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell Jr. |
| Defendants. ) ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, DELMAR LAGRIMAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and LEOBARDO OLAZABAL CARRANZA by and through his counsel, GILBERT A. ROQUE, that the status conference set for Friday, May 21, 2010, be continued to Friday, June 18, 2010, at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

1    It is further stipulated that the time period from the date of this
2 stipulation, May 18, 2010, through and including the date of the new
3 status conference hearing, June 18, 2010, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

9 DATED: May 18, 2010          Respectfully submitted,
10                              DANIEL J. BRODERICK
                                Federal Defender

12                              /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
13                              Attorney for Defendant
                                DELMAR LAGRIMAS

15                              /s/ Benjamin Galloway for
                                GILBERT A. ROQUE
                                Attorney for Defendant
16                              LEOBARDO OLAZABAL CARRANZA

19 DATED: May 18, 2010          BENJAMIN B. WAGNER
                                United States Attorney

20                              /s/ Benjamin Galloway for
                                DANIEL McCONKIE
21                              Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 18, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3