GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for LEOBARDO OLAZABAL CARRANZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-206-GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| vs. | |
| LEOBARDO OLAZABAL CARRANZA, | |
| Defendant. | |

    Defendant Leobardo Olazábal Carranza, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Daniel S. McConkie, agree that the Judgment and Sentence Hearing set for March 11, 2011, at 9:00 a.m., be continued to April 1, 2011, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. The continuance is necessary to resolve some pending safety valve issues.

    In addition, it is agreed that the Court should find excludable time through April 1, 2011, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: March 4, 2011   /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
LEOBARDO OLAZABAL CARRANZA, Defendant

DATED: March 4, 2011   /s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge