```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEOBARDO OLAZABAL CARRANZA,<br><br>          Defendant. | CR. No. S-09-206 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING AND SETTING BRIEFING SCHEDULE |

On March 28, 2011, the defendant filed a Supplemental Objection to Presentence Investigation Report, seeking the benefit of the safety valve. Accordingly, the parties hereby stipulate as follows: (1) that the sentencing date of April 1, 2011 be vacated and a new sentencing date of April 29, 2011 at 9:00 a.m. be set; (2) that the government may file a response by April 15, 2011; and (3) any defense reply may be filed by April 22, 2011.

Respectfully submitted,

Dated: March 30, 2011        /s/ Gilbert A. Roque
                             GILBERT A. ROQUE, ESQ.
                             Attorney for Defendant
                             LEOBARDO OLAZABAL CARRANZA
                             By DSM per telephonic authorization

1

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 30, 2011               /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  March 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge