JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
LEOBARDO OLAZABAL CARRANZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-CR-206-GEB |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL FOR DEFENDANT LEOBARDO OLAZABAL CARRANZA** |
| LEOBARDO OLAZABAL CARRANZA, | |
| Defendant. | |

Defendant Leobardo Olazabal Carranza, through counsel, hereby moves to substitute John Balazs for Gilbert Roque as appointed counsel of record for purposes of appeal. On April 29, 2011, the Court sentenced Mr. Carranza to 120 months imprisonment. Mr. Carranza desires to appeal. Mr. Balazs has agreed to accept the appointment to represent Mr. Carranza on appeal.

///

///

1  For these reasons, defendant Carranza respectfully moves to substitute John Balazs
2  for Gilbert A. Roque as counsel of record in this case.
3  I agree to the substitution.

Dated:  May 3, 2011

/s/ Leobardo Olazabal Carranza
Leobardo Olazabal Carranza
Defendant [original signature on file]

Dated:  May 3, 2011

/s/ Gilbert A. Roque
Gilbert A. Roque

Attorney for Defendant
Gilbert A. Roque

Dated:  May 3, 2011

/s/ John Balazs
JOHN BALAZS
Attorney Seeking Appointment

**ORDER**

IT IS SO ORDERED.

Dated:  May 10, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2