JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
LEOBARDO OLAZABAL CARRANZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>   Plaintiff, </br> v. </br> LEOBARDO OLAZABAL CARRANZA, </br>   Defendant. | No. 09-CR-206-GEB </br></br> **UNOPPOSED APPLICATION FOR ORDER TO UNSEAL IN CAMERA PROCEEDINGS AND [PROPOSED] ORDER** |

   Defendant Leobardo Olazabal Carranza, through counsel, hereby applies for an order to unseal the in camera hearings on June 18, 2010 and October 15, 2010 in the above-captioned case.

   At court hearings on June 18, 2010 and October 15, 2010, Mr. Carranza requested a new attorney and the Court conducted in camera hearings to protect the attorney-client privilege. Mr. Carranza has now appealed the judgment of conviction and sentence in this case and transcripts of those in camera hearings are necessary for preparation of the appeal. Mr. Carranza has been advised of this request and has agreed to waive the attorney-client privilege with respect to these hearings so the transcripts can be unsealed.

   Assistant U.S. Attorney Daniel McConkie has no objection to this request.

For these reasons, defendant Carranza requests that the Court unseal the transcripts from the June 18, 2010 and October 15, 2010 in camera hearings in this case.

Respectfully submitted,

Dated:  September 22, 2011

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
Leobardo Carranza

## **ORDER**

IT IS HEREBY ORDERED that the transcripts from the in camera proceedings on June 18, 2010 and October 15, 2010 in this case be unsealed.

Dated:  September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2